BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGTAR JANDU,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 1:10-cv-01909 OWW GSA<br><br>STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until February 8, 2011.

Dated: December 30, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to February 8, 2011.

IT IS SO ORDERED.

Dated:   January 3, 2011                     /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE