1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  JAGTAR JANDU,                    )    No. CV F 10-cv-1909 OWW GSA
                                    )
10        Plaintiff,                )    STIPULATION AND ORDER RE:
                                    )    REMAND FOR AGENCY
11 v.                               )    ADJUDICATION PURSUANT TO 8
                                    )    U.S.C. § 1447(b)
12 Janet Napolitano, Secretary of Homeland )
   Security, et al.                 )
13                                  )
                                    )
14        Defendants.               )
   _____)

15

16        This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

17 Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek

18 de novo review of this application.  As of the time of this filing, the agency is prepared to

19 adjudicate the application.  Because of the jurisdictional posture of the case, the agency cannot

20 complete that process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b).

21 Accordingly, the parties jointly agree that the case should be remanded with instructions to

22 complete adjudication of the case within 30 days from the date of the order of remand.

23        In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction

24 will revert to this Court, and a scheduling conference will take place as soon as possible.   In the

25 event the adjudication results in a denial of the application for naturalization, plaintiff may file an

26 administrative N-336 appeal within 30 days of the denial.  USCIS will adjudicate the appeal

27 within 90 days of receipt of the N-336 appeal.  If the result is still a denial of the naturalization

28 application, the parties agree that jurisdiction will revert to this Court, and a scheduling

   conference will take place as soon as possible to allow for the amendment of pleadings pursuant

   to 8 U.S.C. § 1421(c).

                                        -1-

1
2
3   Dated: February 7, 2011                    Respectfully Submitted,

4                                             BENJAMIN B. WAGNER
                                             United States Attorney
5
6                                    By:     /s/Audrey Hemesath
                                             Audrey B. Hemesath
7                                            Assistant U.S. Attorney
                                             Attorneys for the Respondents
8
9                                    By:     /s/ James Makasian
                                             James Makasian
10                                           Attorney for the Petitioner

11
12
13
14                                  ORDER

15
16     Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

17   ORDERED that the case be remanded to Citizenship and Immigration Services to complete

18   adjudication on the application for naturalization within 30 days from the date of this Order.

19
20
21   IT IS SO ORDERED.

22   **Dated:   February 8, 2011**           _____/s/ Oliver W. Wanger_____
                                             UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28